"O"

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 2 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SACR 13-62-DOC |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Franco, Rosalba | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ CD   CA _____,
for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _backgrd cmty ties unknown due to failure to interview; bail resources unknown; ongoing substance abuse problem; conduct in not complying w/supervision conditions_

1

2

3    and/or

4  B.    (X) The defendant has not met his/her burden of establishing by clear and

5    convincing evidence that he/she is not likely to pose a danger to the safety of any

6    other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

7    finding is based on ___prior conv for narcotics offense;___

8    ___ongoing substance abuse problem___

9

10

11

12

13    IT THEREFORE IS ORDERED that the defendant be detained pending further

14  revocation proceedings.

15

16  DATED: ___5/21/13___

17                      ROBERT N. BLOCK
                                UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28